11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

In re Charail McDaniel

No. 11-03-00315-CR B Original Proceeding

 

Charail McDaniel has filed in this court a
pro se motion Ato dismiss evading arrest no probable cause.@  In
his motion, McDaniel attacks his May 4, 2000, conviction in Trial Court Cause
No. 26,233.  This court does not have
jurisdiction to consider a post-conviction attack on a felony conviction.  TEX. CODE CRIM. PRO. ANN. art. 11.07 (Vernon
Supp. 2003).

The motion is overruled, and the proceeding
is dismissed for want of jurisdiction.

 

PER CURIAM

 

October 23, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.